■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALQUILINO REYES, Appellant. [682 NYS2d 190] —Judgment, Supreme Court, Bronx County (Dominic Massaro, J., on motion; Gerald Sheindlin, J., at plea and sentence), rendered February 14, 1997, convicting defendant of criminal sale of a controlled substance in the second degree, and sentencing him to a term of 4 years to life, unanimously affirmed.

Defendant's motion to suppress identification testimony was

properly denied without a hearing. A *Wade* hearing was not required in light of the confirmatory identification by the undercover police officer who had had an opportunity to observe defendant, in a lengthy face-to-face encounter, while negotiating over the price and quantity, and ultimately weighing and purchasing a substantial amount of drugs. The identification was not rendered unreliable by the eight-day lapse between that encounter and the showup such as to disqualify it for treatment as confirmatory (*compare, People v Morales*, 37 NY2d 262, *with People v Gordon*, 76 NY2d 595). Concur—Lerner, P. J., Wallach, Tom and Andrias, JJ.